NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

GENERAL ELECTRIC COMPANY,
*Appellant,*

v.

INTERNATIONAL TRADE COMMISSION,
*Appellee,*

**and**

MITSUBISHI HEAVY INDUSTRIES, LTD. AND MITSUBISHI POWER SYSTEMS AMERICAS, INC.,
*Intervenors.*

---

2010-1223

---

On appeal from the United States International Trade Commission in Investigation No. 337-TA-641.

---

**ON MOTION**

---

**ORDER**

General Electric Company submits an "objection" to changes made in the corrected brief of Mitsubishi Heavy Industries, Ltd. et al. Mitsubishi responds.

Upon consideration thereof,

IT IS ORDERED THAT:

Copies of this order, the "objection," and Mitsubishi's response shall be transmitted to the merits panel for informational purposes.

FOR THE COURT

JAN 04 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Richard W. O'Neill, Esq.
    James A. Worth, Esq.
    Donald R. Dunner, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 04 2011

JAN HORBALY
CLERK